



★ ★ ★          ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00407-CR

**IN RE** Juan Raul **ESCAMILLA**
Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Justice
               Karen Angelini, Justice
               Steven C. Hilbig, Justice

Delivered and filed:  July 16, 2008

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On June 12, 2008, relator filed a petition for writ of mandamus, asking this court to issue a subpoena directing the district clerk to provide him with certain records from his criminal trial. This court does not have jurisdiction to issue a writ of mandamus against a district clerk unless such writ is necessary to enforce our jurisdiction. *In re Coronado,* 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding); *see* TEX. GOV'T CODE ANN. § 22.221(a), (b) (Vernon 2004). Relator does not allege or show a writ is necessary to enforce our jurisdiction. Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 2004-CR-1286, styled *The State of Texas v. Juan Raul Escamilla*, formerly pending in the 379th Judicial Court, Bexar County, Texas.